**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1210**

YAWOVI AFIADEMANYO,

                                        Petitioner,

        versus

ALBERTO R. GONZALES,

                                        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A95-900-314)

Submitted:  October 18, 2006        Decided:  November 6, 2006

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Kell Enow, LAW OFFICES OF ENOW AND PATCHA, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, Gretchen M. Wolfinger, TAX DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yawovi Afiademanyo, a native and citizen of Togo, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Afiademanyo's motion. See 8 C.F.R. § 1003.2(a), (b) (2006).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Afiademanyo, No. A95-900-314 (B.I.A. Jan. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -